Record & Return to:
Bendett & McHugh, P.C.
270 Farmington Avenue, Suite 151
Farmington, CT 06032
0615FC-201525048

QS 7064 36835

## QUITCLAIM ASSIGNMENT

EXHIBIT F

WHEREAS, EquiFirst Corporation is identified as the "Lender" on a certain mortgage executed by Richard Dunne, and bearing the date of the 7/20/2007 and recorded on 7/23/2007 in the Office of the Recorder of Androscoggin County, State of Maine in Book 7207 at Page 148 (hereinafter the "Mortgage");

WHEREAS, Mortgage Electronic Registration Systems, Inc. ("MERS") is designated the mortgagee in the Mortgage as the nominee of EquiFirst Corporation and its successors and assigns, and, upon recording of the Mortgage, became the mortgagee of record;

WHEREAS, EquiFirst Corporation wishes to convey and assign any and all rights it may have under the Mortgage to SABR MORTGAGE LOAN 2008-1 REO SUBSIDIARY-1 LLC; and

WHEREAS this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage.

Accordingly, EquiFirst Corporation hereby assigns and quit claims all of its rights, title and interests (whatever they may be, if any) in the Mortgage to SABR MORTGAGE LOAN 2008-1 REO SUBSIDIARY-1 LLC.

**In Witness Whereof,** the Assignor has duly executed this instrument this **JUN 0 3 2016**

EquiFirst Corporation
By its Attorney-In-Fact
Ocwen Loan Servicing LLC

By _____
Name: Jamell James Strachan
Title: Authorized Signer

STATE OF Florida
COUNTY OF Palm Beach                SS:

In Palm Beach County, Florida, on the **JUN 0 3 2016**, before me personally appeared Jamell James Strachan, the Authorized Signer of Ocwen Loan Servicing, LLC, Attorney-In-Fact for EquiFirst Corporation, to me known and known by me to be the party executing the foregoing instrument, and he acknowledged said instrument by him executed to be his free act and deed, and the free act and deed of Ocwen Loan Servicing, LLC, Attorney-In-Fact for Equifirst Corporation.

Notary Public State of Florida
Joe Simmons
My Commission FF 063552
Expires 10/16/2017

Notary Public _____
Printed Name: Joe Simmons
My Commission Expires: 10/16/2017

ANDROSCOGGIN COUNTY
TINA M CHOUINARD
REGISTER OF DEEDS